

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00096-CR
No. 04-13-00097-CR

Larry **YOUNG**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court Nos. 11-1768-CR & 11-1769-CR
Honorable W.C. Kirkendall, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment in trial cause number 11-1768-CR is AFFIRMED. In accordance with this court's opinion of this date, the trial court's judgment in trial cause number 11-1769-CR is MODIFIED to (1) decrease the amount of court costs assessed against appellant by $5,090.00, and (2) add 587 days of jail credit. The trial court's judgment in trial cause number 11-1769-CR is AFFIRMED AS MODIFIED.

SIGNED December 18, 2013.

_____
Sandee Bryan Marion, Justice